AMIAD KUSHNER (*Pro Hac Vice* Application pending)
akushner@seidenlegal.com
SEIDEN LAW GROUP LLP
469 Seventh Avenue, 5th Fl.
New York, New York 10018
Telephone:    (646) 766-1914
Facsimile:    (646) 304-5277

BENJAMIN TAYLOR (State Bar No. 240636)
btaylor@taylorlawfirmpc.com
THE LAW OFFICES OF BENJAMIN TAYLOR
A Professional Corporation
1880 Century Park East, Suite 714
Los Angeles, California 90067
Telephone:    (310) 201-7600
Facsimile:    (310) 201-7601

Attorneys for Plaintiff/Creditor
HONG LIU

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Chapter 11 |
| **YUETING JIA,** | Adversary Case No.: 2:20-ap-01022-VZ |
| **Debtor.** | Bankruptcy Case No: 2:19-bk-24804-VZ |
| | **PROOF OF SERVICE OF SUMMONS** |
| **HONG LIU, an individual,** | |
| **Plaintiff**, | |
| v. | |
| **YUETING JIA, an individual; and DOES 1 through 20, inclusive,** | |
| **Defendant/Debtor.** | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1880 Century Park East, Suite 714
Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): COMPLAINT TO DETERMINE NON-DISCHARGEABILITY OF DEBT; SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING; ORDER SETTING PROCEDURES FOR ADVERSARY PROCEEDING STATUS CONFERENCES; NOTICE RE FREE LEGAL HELP
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 02/07/2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee
ustpregion16.la.ecf@usdoj.gov

Jeffrey W. Dulberg
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067    jdulberg@pszjlaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 02/07/2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Jueting Jia
91 Margeurite Drive
Rancho Palos Verdes, CA 90275

Judge Vincent Zurzolo
United States Bankruptcy Court
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/02/2020 | Benjamin Taylor | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE