BENJAMIN TAYLOR (State Bar No. 240636)
btaylor@taylorlawfirmpc.com
THE LAW OFFICES OF BENJAMIN TAYLOR
A Professional Corporation
1880 Century Park East, Suite 714
Los Angeles, California 90067
Telephone:     (310) 201-7600
Facsimile:      (310) 201-7601

Attorneys for Plaintiff/Creditor
HONG LIU

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Chapter 11 |
| **YUETING JIA,** | Adversary Case No.: 2:20-ap-01022-VZ |
| **Debtor.** | Bankruptcy Case No: 2:19-bk-24804-VZ |
| | |
| **HONG LIU, an individual,** | **NOTICE OF WITHDRAWAL OF DOCUMENT (DKT. NO. 4)** |
| **Plaintiff**, | |
| v. | |
| **YUETING JIA, an individual; and DOES 1 through 20, inclusive,** | |
| **Defendant/Debtor.** | |

TO THE COURT AND ALL PARTIES:

      PLEASE TAKE NOTICE that Plaintiff Hong Liu hereby withdraws the Application of Non-Resident Attorney to Appear in a Specific Case (Docket no. 4).

DATED:  February 10, 2020

THE LAW OFFICES OF BENJAMIN TAYLOR
A Professional Corporation

By:_____
    BENJAMIN TAYLOR
    Attorneys for Plaintiff
    HONG LIU