| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Benjamin Taylor, SBN 240636<br>Law Offices of Benjamin Taylor<br>1880 Century Park East, Suite 714<br>Los Angeles, CA 90067<br>Telephone: (310) 201-7600<br>Fax: (310) 201-7601<br>btaylor@taylorlawfirmpc.com<br><br><br><br><br>*Attorney for:* HONG LIU | <br>FILED<br>FEB 13 2020<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:                Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>YUETING JIA | CASE NO.: 2:19-bk-24804-VZ |
|---|---|
| PAID<br>FEB 13 2020<br>Clerk, US District Court<br>COURT 4612 | ADVERSARY NO.: 2:20-01022-VZ<br>CHAPTER: 11 |
| Debtor(s). | |
| HONG LIU<br><br><br>Plaintiff(s).<br>vs.<br>YUETING JIA, an individual; and DOES 1 through 20 inclusive,<br><br><br>Defendant(s). | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]**<br><br><br>[No hearing required per LBR 2090-1(b)(6)] |

1.  I, __AMIAD KUSHNER_____, apply to the court under LBR 2090-1(b) for permission to appear and participate in the above-entitled action on behalf of the following named party, by whom I have been retained (*specify name of party*):

    HONG LIU

2.  I have paid the required fee specified in LBR 2090-1(b)(5) to the United States District Court and have attached a copy of the receipt.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2016*                          Page 1                          **F 2090-1.2.APP.NONRES.ATTY**

3.  I am a lawyer with the following law firm (*specify name and address of law firm*):

Seiden Law Group LLP
469 Seventh Ave, Suite 502
New York, NY 10018

4.  I am a member in good standing and eligible to practice before the following courts and admitted to practice on the following dates (*specify name of each such jurisdiction and my date of admission to practice in each such jurisdiction*): New York State (admitted 06/03/2004) ; Eastern District of NY (aditted 02/14/2014); Southern District of NY (admitted 09/02/2005)

5.  I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the state of California.  I am not currently suspended or disbarred in any court.

6.  I have concurrently or within the past 36 months made pro hac vice applications to this court in the following actions:

| Court | Case Number | Title of Action | Date of Application | Disposition of Application |
|-------|-------------|-----------------|---------------------|----------------------------|
|       |             |                 |                     |                            |

7.  I ☐ have ☒ have not been disciplined by any court or administrative body ☐ disciplinary proceedings are pending; details are as follows:

I ☐ resigned ☒ did not resign while disciplinary proceedings were pending.

8.  I certify that I have read the LBRs, the FRBP, the F.R.Civ.P., and the F.R.Evid., in their entirety.

9.  I designate the following person of the following law firm, who is a member of the bar of this court and maintains an office in this district for the practice of law, as the attorney with whom the court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served:

Name of attorney (Designee):
Benjamin Taylor

Name and address of law firm, or residence address:
THE LAW OFFICES OF BENJAMIN TAYLOR
1880 Century Park East, Suite 714
Los Angeles, CA 90067

Telephone number of law firm: (310) 201-7600

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2016*                                     Page 2                                     F 2090-1.2.APP.NONRES.ATTY

10. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 02/03/2020

_____
Signature of applicant

_Amiad Kushner_
Printed name of applicant

## CONSENT OF DESIGNEE

I consent to the foregoing designation.

Date: 2/10/20

_____
Signature of Designee

_Benjamin Taylor_
Printed name of Designee

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016                                Page 3                      F 2090-1.2.APP.NONRES.ATTY

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1880 Century Park East, Suite 714, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 02/10/20 ., I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (LA)

915 Wilshire Blvd, Suite 1850

Los Angeles, CA 90017

ustpregion16.la.ecf@usdoj.gov

Jeffrey W Dulberg
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Fl.
Los Angeles, CA 90067
jdulberg@pszjlaw.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL:**
On (*date*) 02/10/20 ., I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Yueting Jia

91 Marguerite Drive

Rancho Palos Verdes, CA 90275

Judge Vincent Zurzolo

United States Bankruptcy Court

255 E. Temple Street, Suite 1360

Los Angeles, CA 90012

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):**  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/10/20 | Benjamin Taylor | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Court Name: U.S. District Court
Division: 2
Receipt Number: LA202137
Cashier ID: cscash
Transaction Date: 02/13/2020
Payer Name: Benjamin Taylor Law Office
------------------------------------
PRO HAC VICE
 For: Benjamin Taylor Law Office
 Case/Party: D-CAC-2-20-AT-002020-001
 Amount:        $400.00
------------------------------------
CHECK
 Remitter: Benjamin Taylor Law Office
 Check/Money Order Num: 2340
 Amt Tendered: $400.00
------------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00


No refunds without original
receipt. Returned checks will be
assessed a fee of $53.00.