| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Benjamin Taylor, SBN 240636<br>Law Offices of Benjamin Taylor<br>1880 Century Park East, Suite 714<br>Los Angeles, CA 90067<br>Tel. (310) 201-7600<br>Fax (310) 201-7601<br>btaylor@taylorlawfirmpc.com<br><br><br>*Attorney for*:  Plaintiff Hong Liu | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**FEB 26 2020**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY lewis     DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>Yueting Jia<br><br><div align="right">Debtor(s)</div> | CASE NO.: 2:19-bk-24804-VZ<br><br>CHAPTER: 11<br><br>ADVERSARY NO.: 2:20-ap-01022-VZ |
| Hong Liu<br><div align="right">Plaintiff(s)</div><br>vs.<br><br>Yueting Jia<br><br><div align="right">Defendant(s)</div> | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]**<br><br>[No hearing required per LBR 2090-1(b)(6)] |

The court, having reviewed the Application of the non-resident attorney to appear in a specific case under LBR 2090-1(b), and good cause appearing, orders as follows:

**X**   The Application is granted and the following person may appear as requested in the above-entitled case (*specify name of applicant*):  **AMIAD KUSHNER**

☐   Permission to appear pro hac vice is effective upon payment of the requisite fee to the United States District Court for the Central District of California.

<div align="center">###</div>

Date: February 26, 2020

Vincent P. Zurzolo
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2016*                                                                 **F 2090-1.2.ORDER.NONRES.ATTY**