**SMILEY WANG-EKVALL, LLP**
Lei Lei Wang Ekvall, State Bar No. 163047
*lekvall@swelawfirm.com*
Robert S. Marticello, State Bar No. 244256
*rmarticello@swelawfirm.com*
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:    714 445-1000
Facsimile:    714 445-1002

Attorneys for Defendant Yueting Jia

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>YUETING JIA,<br><br>   Debtor.<br><br>HONG LIU, an individual,<br><br>   Plaintiff,<br><br>v.<br><br>YUETING JIA, an individual; and DOES 1 through 20, inclusive,<br><br>   Defendant. | Case No. 2:19-bk-24804-VZ<br><br>Chapter 11<br><br>Adv No. 2:20-ap-01022-VZ<br><br>**STIPULATION TO CONTINUE THE HEARING ON THE MOTION TO DISMISS COMPLAINT UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b) FOR FAILURE TO STATE A CLAIM**<br><br>Hearing<br>Date:    April 2, 2020<br>Time:    11:00 a.m.<br>Place:    Courtroom 1368<br>   United States Bankruptcy Court<br>   Edward R. Roybal Federal Building<br>   255 E. Temple Street,<br>   Los Angeles, CA  90012 |

**TO THE HONORABLE VINCENT P. ZURZOLO, UNITED STATES BANKRUPTCY JUDGE:**

Defendant  Yueting Jia ("Mr. Jia") and plaintiff Hong Liu ("Plaintiff"), by and through their counsel, enter into this stipulation (the "Stipulation") to continue the hearing on the *Motion to Dismiss Complaint Under Federal Rule of Civil Procedure 12(b) for Failure to State a Claim*.

2818946.1                                                        1                                                        STIPULATION

## RECITALS

A.  On February 4, 2020, Plaintiff filed a *Complaint to Determine Nondischargeability of Debt Pursuant to 11 U.S.C. § 523(a)(2)(A) and 11 U.S.C. § 523(a)(2)(A)* (the "Complaint").

B.  On March 9, 2020, Mr. Jia filed a *Motion to Dismiss Complaint Under Federal Rule of Civil Procedure 12(b) for Failure to State a Claim* (the "Motion").

C.  The Motion is set for hearing on April 2, 2020 at 11:00 a.m.  The deadlines to oppose the Motion and to file any reply thereto are March 19 and 26, 2020, respectively.

D.  On January 3, 2020, Plaintiff filed a complaint against Faraday & Future, Inc., Smart King Ltd., Jiawei Wang, and Chaoying Deng in the United States District Court of the Southern District of New York (the "District Court Action").  A motion to dismiss the District Court Action is pending.

E.  Plaintiff's counsel contacted Mr. Jia's counsel to request an extension of the deadline to respond to the Motion in order to explore the possibility of settlement and Mr. Jia agreed to a short continuance for the purpose of exploring the possibility of a global settlement.

## STIPULATION

Based on the foregoing recitals, Mr. Jia and Plaintiff agree as follows:

1.  The hearing on the Motion will be continued to April 9, 2020 at 11:00 a.m., or to a date and time thereafter that is convenient to the Court.

///

///

///

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

2. The deadlines to oppose the Motion and to file any reply thereto shall be extended to the dates prescribed the Local Bankruptcy Rules based on the continued hearing date on the Motion.

**IT IS SO STIPULATED.**

DATED: March 18, 2020              SMILEY WANG-EKVALL, LLP

By: _____*/s/ Robert S. Marticello*_____
    Robert S. Marticello
    Attorneys for Yueting Jia

DATED: March 18, 2020              THE LAW OFFICES OF BENJAMIN TAYLOR

By: _____[signature]_____
    Benjamin Taylor
    Attorneys for Hong Liu

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**3200 Park Center Drive, Suite 250, Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION TO CONTINUE THE HEARING ON THE MOTION TO DISMISS COMPLAINT UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b) FOR FAILURE TO STATE A CLAIM** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **03/19/2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Robert S Marticello    Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Benjamin Taylor    btaylor@taylorlawfirmpc.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **03/19/2020**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Via First Legal:
Honorable Vincent P. Zurzolo
United States Bankruptcy Court
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/19/2020 | Lynnette Garrett | */s/ Lynnette Garrett* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                 **F 9013-3.1.PROOF.SERVICE**