United States Bankruptcy Court
Central District of California

Liu,
    Plaintiff

Adv. Proc. No. 20-01022-VZ

Jia,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0973-2   User: admin   Page 1 of 1   Date Rcvd: Apr 28, 2020
                   Form ID: pdf031   Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2020.
```
pla            +Hong Liu,   Law Offices of Benjamin Taylor,    1880 Century Park East,    Suite 714,
                Los Angeles,    Los Angeles, CA 90067-1618
dft            +Yueting Jia,    91 Marguerite Drive,    Rancho Palos Verdes, CA 90275-4476
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2020 at the address(es) listed below:
```
              Benjamin Taylor     on behalf of Plaintiff Hong  Liu btaylor@taylorlawfirmpc.com
              Lei Lei Wang Ekvall    on behalf of Defendant Yueting  Jia lekvall@swelawfirm.com,
               lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
              Robert S Marticello    on behalf of Defendant Yueting  Jia Rmarticello@swelawfirm.com,
               gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
```
                                              TOTAL: 4

**SMILEY WANG-EKVALL, LLP**
Lei Lei Wang Ekvall, State Bar No. 163047
lekvall@swelawfirm.com
Robert S. Marticello, State Bar No. 244256
rmarticello@swelawfirm.com
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:    714 445-1000
Facsimile:    714 445-1002

Attorneys for Defendant Yueting Jia

**FILED & ENTERED**

APR 28 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY egarcia    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA -- LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>YUETING JIA,<br><br>     Debtor. | Case No. 2:19-bk-24804-VZ<br><br>Chapter 11 |
| HONG LIU, an individual,<br><br>     Plaintiff,<br><br>v.<br><br>YUETING JIA, an individual; and DOES 1 through 20, inclusive,<br><br>     Defendant. | Adv No. 2:20-ap-01022-VZ<br><br>**ORDER APPROVING STIPULATION TO CONTINUE THE STATUS CONFERENCE PENDING THE MOTION TO DISMISS**<br><br>Hearing<br>Date: May 7, 2020<br>Time: 1:30 p.m.<br>Place: Courtroom 1368<br>   United States Bankruptcy Court<br>   Edward R. Roybal Federal Building<br>   255 E. Temple Street,<br>   Los Angeles, CA  90012 |

   The Court, having read and considered the *Stipulation to Continue the Status Conference Pending the Motion to Dismiss* [Docket No. 29] (the "Stipulation") between defendant Yueting Jia and plaintiff Hong Liu, and having found good cause:

   **IT IS ORDERED** that:

   1. The Stipulation is approved.

2821886.1

1

2. **Date:** The status conference in the adversary proceeding is continued to **June 25, 2020** at 10:00 a.m.

3. **Status Report:** The deadline to file a joint status report is **June 11, 2020**.

###

Date: April 28, 2020

Vincent P. Zurzolo
United States Bankruptcy Judge

2821886.1

2