

ORDER No. _____

# UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

CHAPTER 11.00

APPEAL?  ☐ Yes  ☒ No
APPEAL No. _____
(if known)

(File this form on the related case docket)

Ordering Party's Name: Robert S. Marticello    Attorney Bar# 244256
Law Firm: Smiley Wang-Ekvall, LLP
Mailing Address: 3200 Park Center Drive, Suite 250, Costa Mesa, CA 92626

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement\*\***): Lynnette Garrett
Telephone: (714) 445-1000    E-mail: lgarrett@swelawfirm.com
Bankruptcy Case #: 2:19-bk-24804-VZ    Adversary Proceeding #/MP #: 2:20-ap-01022-VZ
Date of Hearing (**complete a SEPARATE form for EACH hearing date**): 05/07/2020    Time: 1:30 p.m.
Debtor: Yueting Jia
Adversary Proceeding Name: Hong Liu, an individual    vs. Yueting Jia, an individual; Does 1 through 20
Hearing Judge: V. Zurzolo    Courtroom #: LA 1368
**TRANSCRIBER:** Briggs Reporting    **ALTERNATE:** Ben Hyatt
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM**. For _341(a) Recording Request Procedures_, visit the U.S. Trustee website www.justice.gov/ust/r16

| **Transcript Type:** | **NOTE:** The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form. |
|---|---|

**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☒ Ordinary (30 days)    ☐ 3 Days    ☒ Entire Hearing
☐ 14 Days    ☐ Daily (24 hours)    ☐ Ruling/Opinion of Judge only
☐ 7 Days    ☐ Testimony of Witness _____
         ☐ Other* _____ (name of witness)

*Special Instructions: _____

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See _Transcript Ordering Instructions_, **Transcript Costs/Forms of Payment**.

## TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript\*\*:** Clerk must **docket this form**; CM/ECF will automatically notify Procurement.

Date Request Filed: _____    Date Sent to Transcriber: _____    By ☐ FDS ☐ Mail ☐ Messenger
Digital Recording (or Analog Tape Recording)
(Tape #: ___ )Time Start (Index #): _____Time End (Index #): _____Time Start: _____Time End: _____
(Tape #: ___ )Time Start (Index #): _____Time End (Index #): _____Time Start: _____Time End: _____
Court Recorder: _____    Division: _____    Processed by: _____

## **TRANSCRIBER INSTRUCTIONS

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote prior to transcribing.

_Rev. November 2018. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California._