**SMILEY WANG-EKVALL, LLP**
Lei Lei Wang Ekvall, State Bar No. 163047
lekvall@swelawfirm.com
Robert S. Marticello, State Bar No. 244256
rmarticello@swelawfirm.com
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:   714 445-1000
Facsimile:    714 445-1002

Attorneys for Defendant Yueting Jia

**FILED & ENTERED**

**MAY 12 2020**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY carranza  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>YUETING JIA,<br><br>                              Debtor.<br><br>_____<br><br>HONG LIU, an individual,<br><br>                              Plaintiff,<br><br>     v.<br><br>YUETING JIA, an individual; and DOES 1 through 20, inclusive,<br><br>                              Defendant. | Case No. 2:19-bk-24804-VZ<br><br>Chapter 11<br><br>Adv No. 2:20-ap-01022-VZ<br><br>**ORDER: (1) GRANTING, IN PART, AND DENYING, IN PART, DEFENDANT'S MOTION TO DISMISS COMPLAINT UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b) FOR FAILURE TO STATE A CLAIM; AND (2) CONTINUING STATUS CONFERENCE**<br><br>Hearing<br>Date:     May 7, 2020<br>Time:    1:30 p.m.<br>Place:   Courtroom 1368<br>            United States Bankruptcy Court<br>            Edward R. Roybal Federal Building<br>            255 E. Temple Street,<br>            Los Angeles, CA  90012 |

On May 7, 2020, a hearing was held in the above-captioned Court on the *Motion to Dismiss Complaint Under Federal Rule of Civil Procedure 12(B) for Failure to State a Claim* [Docket No. 17] (the "Motion") filed by Defendant Yueting Jia (the "Defendant") to dismiss the *Complaint to Determine Non-Dischargeability of Debt Pursuant to 11 U.S.C. § 523(a)(2)(A) and 11 U.S.C. § 523(a)(2)(B)* [Docket No. 1] (the "Complaint") filed by filed by Hong Liu (the "Plaintiff").  Appearances were as noted on the record of the hearing on the Motion.

2824121.2

1

Having considered the Motion, the Plaintiff's *Memorandum of Points and Authorities in Support of Opposition to Defendant's Motion to Dismiss* [Docket No. 33], the *Reply to Plaintiff's Motion to Dismiss Complaint Under Federal Rule of Civil Procedure 12(b) for Failure to State a Claim* [Docket No. 35], any other pleadings submitted in support of the Motion or in opposition to the Motion, and the arguments of counsel at the hearing and based on the conclusions of law stated by the Court on the record,

**IT IS ORDERED** that:

1. The Motion is granted as to Count 1 of the Compliant and is denied as to Count 2 of the Complaint.

2. Count 1 of the Complaint is dismissed with leave for the Plaintiff to file and serve an amended Complaint by **May 28, 2020**.

3. The Defendant's deadline to file and serve a response to the Complaint or the amended Complaint is **June 25, 2020**.

4. The status conference in the adversary proceeding is continued from June 25, 2020, at 10:00 a.m. to **July 30, 2020** at **10:00 a.m.**, and

5. The parties must file and serve a joint status report **by July 16, 2020**, using this court's status report form posted on this court's webpage.

###

Date: May 12, 2020

Vincent P. Zurzolo
United States Bankruptcy Judge

2824121.2

2