United States Bankruptcy Court
Central District of California

Liu,
    Plaintiff

Jia,
    Defendant

Adv. Proc. No. 20-01022-VZ

# CERTIFICATE OF NOTICE

District/off: 0973-2    User: scarranza    Page 1 of 1    Date Rcvd: May 12, 2020
                      Form ID: pdf031    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2020.
pla        +Hong Liu,   Law Offices of Benjamin Taylor,   1880 Century Park East,   Suite 714,   Los Angeles,   Los Angeles, CA 90067-1618
dft        +Yueting Jia,   91 Marguerite Drive,   Rancho Palos Verdes, CA 90275-4476

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2020                          Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2020 at the address(es) listed below:
      Benjamin Taylor   on behalf of Plaintiff Hong Liu btaylor@taylorlawfirmpc.com
      Lei Lei Wang Ekvall   on behalf of Defendant Yueting Jia lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
      Robert S Marticello   on behalf of Defendant Yueting Jia Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
      United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov
                                      TOTAL: 4

**SMILEY WANG-EKVALL, LLP**
Lei Lei Wang Ekvall, State Bar No. 163047
lekvall@swelawfirm.com
Robert S. Marticello, State Bar No. 244256
rmarticello@swelawfirm.com
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:    714 445-1000
Facsimile:    714 445-1002

Attorneys for Defendant Yueting Jia

**FILED & ENTERED**

**MAY 12 2020**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY carranza  DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>YUETING JIA,<br><br>            Debtor.<br><br>HONG LIU, an individual,<br><br>            Plaintiff,<br><br>    v.<br><br>YUETING JIA, an individual; and DOES 1 through 20, inclusive,<br><br>            Defendant. | Case No. 2:19-bk-24804-VZ<br><br>Chapter 11<br><br>Adv No. 2:20-ap-01022-VZ<br><br>**ORDER: (1) GRANTING, IN PART, AND DENYING, IN PART, DEFENDANT'S MOTION TO DISMISS COMPLAINT UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b) FOR FAILURE TO STATE A CLAIM; AND (2) CONTINUING STATUS CONFERENCE**<br><br>Hearing<br>Date:    May 7, 2020<br>Time:    1:30 p.m.<br>Place:    Courtroom 1368<br>            United States Bankruptcy Court<br>            Edward R. Roybal Federal Building<br>            255 E. Temple Street,<br>            Los Angeles, CA  90012 |

On May 7, 2020, a hearing was held in the above-captioned Court on the *Motion to Dismiss Complaint Under Federal Rule of Civil Procedure 12(B) for Failure to State a Claim* [Docket No. 17] (the "Motion") filed by Defendant Yueting Jia (the "Defendant") to dismiss the *Complaint to Determine Non-Dischargeability of Debt Pursuant to 11 U.S.C. § 523(a)(2)(A) and 11 U.S.C. § 523(a)(2)(B)* [Docket No. 1] (the "Complaint") filed by filed by Hong Liu (the "Plaintiff").  Appearances were as noted on the record of the hearing on the Motion.

2824121.2

1

Having considered the Motion, the Plaintiff's *Memorandum of Points and Authorities in Support of Opposition to Defendant's Motion to Dismiss* [Docket No. 33], the *Reply to Plaintiff's Motion to Dismiss Complaint Under Federal Rule of Civil Procedure 12(b) for Failure to State a Claim* [Docket No. 35], any other pleadings submitted in support of the Motion or in opposition to the Motion, and the arguments of counsel at the hearing and based on the conclusions of law stated by the Court on the record,

**IT IS ORDERED** that:

1. The Motion is granted as to Count 1 of the Compliant and is denied as to Count 2 of the Complaint.

2. Count 1 of the Complaint is dismissed with leave for the Plaintiff to file and serve an amended Complaint by **May 28, 2020**.

3. The Defendant's deadline to file and serve a response to the Complaint or the amended Complaint is **June 25, 2020**.

4. The status conference in the adversary proceeding is continued from June 25, 2020, at 10:00 a.m. to **July 30, 2020** at **10:00 a.m.**, and

5. The parties must file and serve a joint status report **by July 16, 2020**, using this court's status report form posted on this court's webpage.

###

Date: May 12, 2020

Vincent P. Zurzolo
United States Bankruptcy Judge

2824121.2

2