| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| BENJAMIN TAYLOR (State Bar No. 240636)<br>btaylor@taylorlawfirmpc.com<br>THE LAW OFFICES OF BENJAMIN TAYLOR<br>A Professional Corporation<br>1880 Century Park East, Suite 714<br>Los Angeles, California 90067<br>Telephone: (310) 201-7600<br>Facsimile: (310) 201-7601<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Plaintiff | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -  LOS ANGELES DIVISION**

| In re:<br>YUETING JIA<br><br><br>Debtor(s). | CASE NO.:        2:19-bk-24804-VZ<br><br>ADVERSARY NO.: 2:20-ap-01022-VZ<br><br>CHAPTER:        11 |
|---|---|
| HONG LIU, an individual,<br><br><br>Plaintiff(s).<br>vs.<br>YUETING JIA, an individual,<br><br><br>Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE:        07/30/2020<br>TIME:<br>COURTROOM:  Courtroom 1368<br>ADDRESS:<br>       United States Bankruptcy Court<br>       Edward R. Roybal Federal Building<br>       255 E. Temple Street<br>       Los Angeles, CA 90012 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A.  PLEADINGS/SERVICE:**

1.  Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?    ☒ Yes    ☐ No

2.  Have all parties filed and served answers to the Claims Documents?    ☒ Yes    ☐ No

3.  Have all motions addressed to the Claims Documents been resolved?    ☐ Yes    ☒ No

4.  Have counsel met and conferred in compliance with LBR 7026-1?    ☒ Yes    ☐ No

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):

The Defendant may file a motion for summary judgment.

## B. <u>READINESS FOR TRIAL</u>:

1. When will you be ready for trial in this case?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| Plaintiff seeks to proceed without any further delay and requests a trial date of December 1, 2020. | September 2021 |

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| Administrative issues and caution as a result of COVID-19. In addition, the parties have engaged in extensive settlement discussions. | To allow time for discovery, including third party discovery on out-of-state witnesses, and to allow time for pre-trial motions after completion of discovery. |

3. When do you expect to complete <u>your</u> discovery efforts?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| September 30, 2020 | Approximately 9 months (April 30, 2021) |

4. What additional discovery do you require to prepare for trial?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| Requests for production of documents, requests for admission, interrogatories, and despostions of Defendant, Faraday, its affiliates, and relevant 3rd parties. Expert depositions and discovery, if identified | Interrogatories, Requests for Admissions, Requests for Productions of Documents, and depositions. Discovery is needed from Plaintiff and third parties. Expert witness depositions and discovery, if identified. |

## C. <u>TRIAL TIME</u>:

1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| Three days. | 3-4 days. |

2. How many witnesses do you intend to call at trial (*including opposing parties*)?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| 5-15 | 5-15 witnesses, subject to discovery and ability of the parties to resolve any disputes regarding the admission of documents and narrow issues for trial. |

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                              Page 2                                    **F 7016-1.STATUS.REPORT**

3.  How many exhibits do you anticipate using at trial?

<u>Plaintiff</u>
15-100

<u>Defendant</u>
100-500 exhibits.

## D.  **PRETRIAL CONFERENCE**:

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court.  [See LBR 7016-1.]  If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

<u>Plaintiff</u>

Pretrial conference  ☒ is  ☐ is not  requested
Reasons:

To focus/establish the factual and legal issues for trial, identify/ exchange exhibits, resolve authenticity issues, and create an efficient trial schedule.

<u>Defendant</u>

Pretrial conference  ☒ is  ☐ is not  requested
Reasons:

To narrow/set forth the factual and legal issues for trial, identify/exchange exhibits, resolve authenticity issues, and create an efficient trial schedule.

<u>Plaintiff</u>

Pretrial conference should be set <u>after</u>:

(*date*) 11/01/2020

<u>Defendant</u>

Pretrial conference should be set <u>after</u>:

(*date*) 04/30/2021

## E.  **SETTLEMENT**:

1.  What is the status of settlement efforts?

Plaintiff: The Parties engaged in settlement dialogue. However, settlement talks have broken down.  Defendant: The parties previously attended mediation that did not result in a settlement.  The parties exchanged offers following the commencement of the adversary proceeding and settlement discussions are ongoing.

2.  Has this dispute been formally mediated?     ☒ Yes   ☐ No
    If so, when?
    May 2019

3.  Do you want this matter sent to mediation at this time?

<u>Plaintiff</u>

☐ Yes   ☒ No

<u>Defendant</u>

☐ Yes   ☒ No

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                              Page 3                              **F 7016-1.STATUS.REPORT**

F.  **FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below.  Failure to select either box below may be deemed consent.

<table>
<tr><td align="center">Plaintiff</td><td align="center">Defendant</td></tr>
<tr><td>☒ I do consent</td><td>☒ I do consent</td></tr>
<tr><td>☐ I do not consent</td><td>☐ I do not consent</td></tr>
<tr><td>to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.</td><td>to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.</td></tr>
</table>

G.  **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Plaintiff envisions combining resolution of Plaintiff's Proof of Claims (which is currently unliquidated) with this adversary proceeding, provided that Plaintiff's suggested trial date and all all other relevant dates are complied with by Defendant.

Defendant agrees that Plaintiff's asserted debt can be liquidated in connection with the adversary proceeding as Plaintiff must establish the existence of a debt as part of his case in chief.

Respectfully submitted,

Date: 07/16/2020

The Law Office of Benjamin Taylor
Printed name of law firm

Signature

Benjamin Taylor
Printed name

Attorney for:  Hong Liu, Plaintiff

Date: 07/16/2020

Smiley Wang-Ekvall, LLP
Printed name of law firm

/s/ Robert S. Marticello
Signature

Robert S. Marticello
Printed name

Attorney for:  Defendant Yueting Jia

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1880 Century Park East, Suite 714
Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT [LBR 7016-1(a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _07/16/2020_ , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Rmarticello@swelawfirm.com - Attorney for Defendant
lekvall@swelawfirm.com - Attorney for Defendant
ustpregion16.la.ecf@usdoj.gov - U.S. Trustee

☐ Service information continued on attached page

**2**.  **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3**.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 07/16/2020 | Benjamin Taylor | |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.