**SMILEY WANG-EKVALL, LLP**
Lei Lei Wang Ekvall, State Bar No. 163047
lekvall@swelawfirm.com
Robert S. Marticello, State Bar No. 244256
rmarticello@swelawfirm.com
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:    714 445-1000
Facsimile:    714 445-1002

Attorneys for Defendant Yueting Jia



**FILED & ENTERED**

**SEP 22 2020**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** carranza **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA -- LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>YUETING JIA,<br><br>              Debtor.<br><br>HONG LIU, an individual,<br><br>              Plaintiff,<br><br>    v.<br><br>YUETING JIA, an individual; and DOES 1 through 20, inclusive,<br><br>              Defendant. | Case No. 2:19-bk-24804-VZ<br><br>Chapter 11<br><br><br><br>Adv No. 2:20-ap-01022-VZ<br><br>**ORDER APPROVING STIPULATION REGARDING PROTECTIVE ORDER CONCERNING EXCHANGE OF INFORMATION FOR SETTLEMENT PURPOSES** |

The Court, having read and considered the *Stipulation Regarding Protective Order Concerning Exchange of Information for Settlement Purposes* [Docket No. 49] (the "Stipulation") between defendant Yueting Jia and plaintiff Hong Liu, and having found good cause:

**IT IS ORDERED** that:

1. The Stipulation is approved in its entirety;

2. The Stipulation's terms and conditions are approved in their entirety and incorporated into this Order in their entirety by this reference; and

2837096.1

1

ORDER

3. The Non-Disclosure Agreement attached to the Stipulation as Exhibit "A" and its terms are approved in their entirety.

###

Date: September 22, 2020

Vincent P. Zurzolo
United States Bankruptcy Judge

2837096.1

2

ORDER