| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| BENJAMIN TAYLOR (State Bar No. 240636)<br>btaylor@taylorlawfirmpc.com<br>THE LAW OFFICES OF BENJAMIN TAYLOR<br>A Professional Corporation<br>1880 Century Park East, Suite 714<br>Los Angeles, California 90067<br>Telephone: (310) 201-7600<br>Facsimile: (310) 201-7601<br><br>☐ *Attorney for*  ☒ *Plaintiff*  ☐ *Defendant*<br>☐ *Plaintiff*  ☐ *Defendant  appearing without attorney* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>YUETING JIA<br><br>Debtor(s).<br><br>HONG LIU, an individual,<br><br>Plaintiff(s),<br><br>vs.<br><br>YUETING JIA, an individual,<br><br>Defendant. | CASE NO.: 2:19-bk-24804-VZ<br><br>CHAPTER: 11<br><br>ADVERSARY NO.:2:20-ap-01022-VZ<br><br>**FOR ADVERSARY PROCEEDING:**<br><br>☒ **JOINT STATUS REPORT**<br><br>☐ **UNILATERAL STATUS REPORT**<br><br>LBR 7016-1(a)(2)<br><br>DATE: October 29, 2020<br>TIME: 10:00 AM<br>COURTROOM: 1368<br>PLACE: **Roybal Federal Building**<br>         255 E. Temple Street<br>         Los Angeles, CA 90012 |

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE VINCENT P. ZURZOLO.   In accordance with LBR 7016-1(a)(2), the party/parties submit the following ☒ JOINT STATUS REPORT or ☐ UNILATERAL STATUS REPORT:

2841050.1    This form is mandatory. It has been approved for use by United States Bankruptcy Judge Vincent P. Zurzolo.

February 2012    Page 1    VZ.LBR7016STATUS.RPT

**A. SERVICE/SUMMONS:**

1. Have all parties been served? ☒ YES ☐ NO

2. Has Plaintiff filed a declaration of service stating that the Pre-Status Conference Instructions, summons, complaint and, if applicable, Debtor Assistance Program Notice was served? ☒ YES ☐ NO

   If yes, go on. If no, why not? Please explain: _____

**B. RESPONSIVE PLEADINGS:**

1. Did all defendants timely file a plain answer (i.e. no counterclaims) to the complaint? ☒ YES ☐ NO

   If yes, go to Section D. If no responsive pleading was filed proceed to Section C, otherwise continue.

2. If any defendant's answer includes counterclaims, are any parties other than Plaintiff included as defendants to the claims? ☐ YES ☒ NO

3. If counterclaims have been filed, have all counterdefendants responded to the counterclaims? ☐ YES ☐ NO

   If no, what is the response deadline to the countercomplaint? *Date:* _____

4. Did any defendant file a 12(b) motion or other such responsive pleading? ☒ YES ☐ NO

   If yes, please identify the responsive pleading(s) filed and the date(s) of the hearing(s) on the responsive pleading(s):

   Defendant filed a motion to dismiss on March 9, 2020; Plaintiff filed his opposition on April 24, 2020; and Defendant filed his reply on April 30, 2020. A hearing was held on May 7, 2020. On May 12, 2020, the Court entered an order granting, in part and denying, in part, Defendant's motion to dismiss.

**C. DEFAULT**

1. If any defendant has not responded timely, has plaintiff requested entry of default? ☐ YES ☐ NO

   If no, why not? Please explain: _____

2. If default has been requested, has it been entered? ☐ YES ☐ NO

   If no, why not? Please explain: _____

3. If default has been entered has plaintiff scheduled a motion for default judgment? ☐ YES ☐ NO

   If no, please explain why not and state a proposed date for a hearing on a motion for default judgment:

**D. FEDERAL RULE OF CIVIL PROCEDURE (F.R.Civ.P.) 26(a), (f) AND LBR 7016-1(a)(2) COMPLIANCE:**

1. The parties certify that they met and discussed the nature and basis of the claims and defenses.

   Plaintiff:   ☒ YES   ☐ NO
   Defendant: ☒ YES   ☐ NO

2. The parties certify that they have exchanged documents.

2841050.1    This form is mandatory. It has been approved for use by United States Bankruptcy Judge Vincent P. Zurzolo.

February 2012    Page 2    VZ.LBR7016STATUS.RPT

|  | | |
|---|---|---|
| Plaintiff: | ☐ YES | ☒ NO |
| Defendant: | ☐ YES | ☒ NO |

3. The parties certify that they have exchanged witness lists.

|  | | |
|---|---|---|
| Plaintiff: | ☐ YES | ☒ NO |
| Defendant: | ☐ YES | ☒ NO |

4. The parties certify that they have exchanged other evidence as required by F.R.Civ.P. 26(a)(1).

|  | | |
|---|---|---|
| Plaintiff: | ☐ YES | ☒ NO |
| Defendant: | ☐ YES | ☒ NO |

5. The parties certify that they have made the disclosures required by F.R.Civ.P. 26(a)(1)(C) and (D) where applicable.

|  | | |
|---|---|---|
| Plaintiff: | ☐ YES | ☒ NO |
| Defendant: | ☐ YES | ☒ NO |

6. The parties certify that they have discussed settlement.

|  | | |
|---|---|---|
| Plaintiff: | ☒ YES | ☐ NO |
| Defendant: | ☒ YES | ☐ NO |

7. The parties certify that they have proposed a joint discovery plan.

|  | | |
|---|---|---|
| Plaintiff: | ☐ YES | ☒ NO |
| Defendant: | ☐ YES | ☒ NO |

8. If any party answered no to any of the prior six questions, please explain the reason(s):

The parties have exchanged written discovery demands and objections and are currently engaged in settlement discussions.

More specifically, Plaintiff served requests for production of documents, and Defendant served requests for production of documents, interrogatories, and requests for admissions.

The parties also entered into a stipulation for protective order for purposes of settlement, which the Court approved by order entered on September 22, 2020, and Defendant has provided certain information to Plaintiff pursuant to that stipulation and order. Settlement discussions are ongoing.

Moreover, the Parties have agreed to exchange initial disclosures by October 23, 2020.

### E. DISCOVERY (F.R.Civ.P 26(f)):

A Discovery Plan should be prepared and attached to this status report if it cannot be described below.

1. Do the parties believe that changes should be made in the timing, form or requirement for disclosures under F.R.Civ.P. 26(a)?

|  | | |
|---|---|---|
| Plaintiff: | ☐ YES | ☒ NO |
| Defendant: | ☐ YES | ☒ NO |

If any party answered yes, please explain the reason(s):

2. List the form(s) of discovery each party will propound.

Plaintiff: Document requests, interrogatories, requests for admission, notices of deposition, and third-party subpoenas for documents and depositions, including on out-of-state witnesses.

2841050.1    This form is mandatory. It has been approved for use by United States Bankruptcy Judge Vincent P. Zurzolo.

February 2012                                        Page 3                                        VZ.LBR7016STATUS.RPT

    Defendant: Interrogatories, requests for admissions, document requests, and notices of deposition, and third party subpoenas for documents and for depositions, including on out-of-state witnesses.

3. Do the parties anticipate any unusual discovery issues?

    Plaintiff: ☒ YES ☐ NO
    Defendant: ☒ YES ☐ NO

If any party answered yes, please identify the issues and explain the reason(s) for them:

    In connection with Plaintiff's claim, Plaintiff expects to seek discovery via third-party subpoenas on some of Defendant's business entities, partners, associates and affiliates, as well as on former employees of Faraday Future. The parties will be meeting and conferring in an effort to informally resolve what disputes arise.

    Plaintiff asserts in the complaint that he left a lucrative equity partnership at Mayer Brown to join Faraday Future resulting in certain alleged damages, including loss of income and clients. In response to discovery requesting information regarding Plaintiff's compensation, originations (billed and paid), experience, billable hours, and personnel reviews from Mayer Brown, Plaintiff objectioned. The parties will be meeting and conferring in an effort to resolve their disputes informally. Defendant will be seeking discovery (written and depositions) via third party subpoena on Plaintiff's former law firms out-of-state. Defendant highlights these issues for the Court not because the discovery sought or to be sought by Defendant is unusual, but to provide the Court with additional information for the purposes explaining the time needed for discovery and setting any discovery cutoff date

4. Date by which each party expects to complete their discovery efforts:

    Plaintiff: January 31, 2021
    Defendant: April 30, 2021

**F. SETTLEMENT:**

1. Do all parties request a judge to aid in settlement? If either party indicates "no", go to question 3.

    Plaintiff ☐ YES ☒ NO
    Defendant ☐ YES ☒ NO

2. Do all parties request the trial judge to aid in settlement? If yes and if applicable, please name the judge(s) of this court that the parties would like to participate in settlement efforts:

| PLAINTIFF ☐ YES ☒ NO | DEFENDANT ☐ YES ☒ NO |
|---|---|
| (1) | (1) |
| (2) | (2) |
| (3) | (3) |

3. Do all parties seek any other type of mediation, arbitration, etc.? If both indicate yes, list the types.

| PLAINTIFF ☐ YES ☒ NO | DEFENDANT ☐ YES ☒ NO |
|---|---|
| (1) | (1) |
| (2) | (2) |
| (3) | (3) |

**G. PRE-TRIAL:**

In most adversary proceedings, it is necessary to prepare a joint pre-trial stipulation and appear at a pre-trial conference.

1. Date after which the pre-trial conference should be set:

    Plaintiff: April 30, 2021

---

2841050.1    This form is mandatory. It has been approved for use by United States Bankruptcy Judge Vincent P. Zurzolo.

February 2012    Page 4    VZ.LBR7016STATUS.RPT

Defendant: June 30, 2021

2. Do you believe you can go directly to trial without a pre-trial stipulation and/or conference?

   Plaintiff:    ☐ YES  ☒ NO
   Defendant:    ☐ YES  ☒ NO

   If either party answered yes, please state why:

## H. OTHER PROPOSED DEADLINES:

1. Proposed date by which all motions except motions to exclude evidence or approve a settlement must be filed, set and heard:

   Plaintiff: March 31, 2021
   Defendant: June 15, 2021

2. Proposed deadline for amendment of pleadings and/or joinder of parties (any order permitting amendment or joinder must be entered by this date):

   Plaintiff No further amendment and/or joinder should be permitted
   Defendant: January 31, 2021

3. Are there any other deadlines which the parties wish the court to set:

   Plaintiff:    ☐ YES  ☒ NO
   Defendant:    ☒ YES  ☐ NO

   If either party states yes, please identify the proposed subject and timing of the deadline:
   Trial declarations, trial briefs, motions in limine - to be set at pre-trial conference

## I. MISCELLANEOUS

1. Do you dispute the jurisdiction of this Court?

   Plaintiff:    ☐ YES  ☒ NO
   Defendant:    ☐ YES  ☒ NO

2. Do you dispute any party's allegation regarding the core/non-core nature of the adversary proceeding?

   Plaintiff:    ☐ YES  ☒ NO
   Defendant:    ☐ YES  ☒ NO

3. Do you dispute the asserted claim of any party to the right to a jury trial?

   Plaintiff:    ☐ YES  ☒ NO
   Defendant:    ☐ YES  ☒ NO

4. If a party answered yes to any of the above three (3) questions, has the party answering yes prepared a memorandum of points and authorities and supporting evidence detailing their position, which memorandum is to be filed fourteen (14) days prior to the Status Conference?    ☐ YES   ☐ NO

5. Are there any other unusual issues of which the Court should be aware?    ☐ YES  ☒ NO

   If yes, please explain:

2841050.1    This form is mandatory. It has been approved for use by United States Bankruptcy Judge Vincent P. Zurzolo.

February 2012                    Page 5                    VZ.LBR7016STATUS.RPT

Respectfully submitted,

Date: October 15, 2020  Firm name: The Law Offices of Benjamin Taylor
Name: Benjamin Taylor

Attorney for: Plaintiff Hong Liu

Date: October 14, 2020  Firm name: Smiley Wang-Ekvall, LLP
Name: Robert S. Marticello

Attorney for: Defendant Yueting Jia

2841050.1    This form is mandatory. It has been approved for use by United States Bankruptcy Judge Vincent P. Zurzolo.

*February 2012*    Page 6    **VZ.LBR7016STATUS.RPT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1880 Century Park East, Suite 714
Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): JOINT STATUS REPORT (LBR 7016-1(a)(2))
_____
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/16/2020_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
   rmarticello@swelawfirm.com - Attorney for Defendant
   lekvall@swelawfirm.com - Attorney for Defendant
   ustpregion16.la.ecf@usdoj.gov - U.S. Trustee

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/16/2020 | Benjamin Taylor | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  F 9013-3.1.PROOF.SERVICE