| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| BENJAMIN TAYLOR (State Bar No. 240636)<br>btaylor@taylorlawfirmpc.com<br>THE LAW OFFICES OF BENJAMIN TAYLOR<br>A Professional Corporation<br>1880 Century Park East, Suite 714<br>Los Angeles, California 90067<br>Telephone: (310) 201-7600<br>Facsimile: (310) 201-7601 | **FILED & ENTERED**<br><br>**NOV 24 2020**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** carranza **DEPUTY CLERK** |
| ☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: Plaintiff | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>YUETING JIA<br><br>                                                       Debtor(s)<br>_____<br>HONG LIU, an individual,<br><br>                                                       Plaintiff(s)<br>                                     vs.<br><br>YUETING JIA, an individual,<br><br>                                                       Defendant(s) | CASE NO.: 2:19-bk-24804-VZ<br>CHAPTER: 11<br>ADVERSARY NO: 2:20-ap-01022-VZ<br><br>**STATUS CONFERENCE AND SCHEDULING ORDER PURSUANT TO LBR 7016-1(a)(4)**<br><br>DATE: October 29, 2020<br>TIME: 10AM<br>COURTROOM: 1368<br>ADDRESS: **Roybal Federal Building**<br>         **255 E. Temple Street**<br>         **Los Angeles, CA 90012** |

1. A status conference took place on the date and time indicated above.

2. Parties and counsel were present as reflected in the court record.

3. This matter is disposed of as follows:

    a. ☒ The last day for discovery to be completed, including receiving responses to discovery requests, is *(date)*: April 30, 2021

    d. ☒ The last date for pre-trial motions (excluding motions to exclude evidence and motions to approve a compromise) to be heard is *(date)*: June 15, 2021

2844828.1    This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2014                                              Page 1                                              F 7016-1.2.ORDER.STATUS.CONF

c. ☒ The last day to obtain an order permitting the joinder other parties and the amendment of any pleadings is *(specify date)*: June 30, 2021

d. ☒ A pre-trial stipulation must be filed and served by *(date)* July 22, 2021 -- **including a judge's copy by personal delivery or overnight mail**

e. ☒ Notice of the pre-trial conference date is waived

f. ☒ Other (*specify*):

The parties shall exchange any documents as required by Federal Rule of Civil Procedure 26(a)(1) by **November 30, 2020**.

By stipulation of the parties on the record, the validity and allowed amount, if any, of Plaintiff's proof of claim, Proof of Claim No. 9-1, and Defendant's objections and defenses thereto, shall be adjudicated in this adversary proceeding.

### 

Date: November 24, 2020

Vincent P. Zurzolo
United States Bankruptcy Judge

2844828.1    This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*    Page 2    **F 7016-1.2.ORDER.STATUS.CONF**