United States Bankruptcy Court

Central District of California

Liu,

    Plaintiff                                                                                    Adv. Proc. No. 20-01022-VZ

Jia,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0973-2 | User: scarranza | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 24, 2020 | Form ID: pdf031 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Hong Liu, Law Offices of Benjamin Taylor, 1880 Century Park East, Suite 714, Los Angeles Los Angeles, CA 90067-1618 |
| dft | + | Yueting Jia, 91 Marguerite Drive, Rancho Palos Verdes, CA 90275-4476 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2020                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Taylor | on behalf of Plaintiff Hong Liu btaylor@taylorlawfirmpc.com |
| Lei Lei Wang Ekvall | on behalf of Defendant Yueting Jia lekvall@swelawfirm.com lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com |
| Robert S Marticello | on behalf of Defendant Yueting Jia Rmarticello@swelawfirm.com gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

District/off: 0973-2    User: scarranza    Page 2 of 2
Date Rcvd: Nov 24, 2020    Form ID: pdf031    Total Noticed: 2
TOTAL: 4

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| BENJAMIN TAYLOR (State Bar No. 240636)<br>btaylor@taylorlawfirmpc.com<br>THE LAW OFFICES OF BENJAMIN TAYLOR<br>A Professional Corporation<br>1880 Century Park East, Suite 714<br>Los Angeles, California 90067<br>Telephone: (310) 201-7600<br>Facsimile: (310) 201-7601 | **FILED & ENTERED**<br><br>**NOV 24 2020**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY carranza  DEPUTY CLERK** |

☐ *Debtor(s) appearing without attorney*
☒ *Attorney for: Plaintiff*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| In re:<br><br>YUETING JIA<br><br><div align="right">Debtor(s)</div> | CASE NO.:  2:19-bk-24804-VZ<br>CHAPTER:  11<br>ADVERSARY NO: 2:20-ap-01022-VZ |
|---|---|
| _____<br>HONG LIU, an individual,<br><br><div align="right">Plaintiff(s)</div><br><div align="center">vs.</div><br><br>YUETING JIA, an individual,<br><br><div align="right">Defendant(s)</div> | ### STATUS CONFERENCE AND SCHEDULING ORDER PURSUANT TO LBR 7016-1(a)(4)<br><br>DATE: October 29, 2020<br>TIME: 10AM<br>COURTROOM: 1368<br>ADDRESS: **Roybal Federal Building**<br>**255 E. Temple Street**<br>**Los Angeles, CA 90012** |

1.  A status conference took place on the date and time indicated above.

2.  Parties and counsel were present as reflected in the court record.

3.  This matter is disposed of as follows:

   a.  ☒  The last day for discovery to be completed, including receiving responses to discovery requests, is *(date)*: April 30, 2021.

   d.  ☒  The last date for pre-trial motions (excluding motions to exclude evidence and motions to approve a compromise) to be <u>heard</u> is *(date)*: June 15, 2021

---

2844828.1    This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

c.  ☒  The last day to obtain an order permitting the joinder other parties and the amendment of any pleadings is *(specify date)*: <u>June 30, 2021</u>

d.  ☒  A pre-trial stipulation must be filed and served by (*date*) <u>July 22, 2021</u> -- **including a judge's copy by personal delivery or overnight mail**

e.  ☒  Notice of the pre-trial conference date is waived

f.  ☒  Other (*specify*):

The parties shall exchange any documents as required by Federal Rule of Civil Procedure 26(a)(1) by **November 30, 2020**.

By stipulation of the parties on the record, the validity and allowed amount, if any, of Plaintiff's proof of claim, Proof of Claim No. 9-1, and Defendant's objections and defenses thereto, shall be adjudicated in this adversary proceeding.

### 

Date: November 24, 2020

Vincent P. Zurzolo
United States Bankruptcy Judge

2844828.1    This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*                                Page 2                        **F 7016-1.2.ORDER.STATUS.CONF**