

ORDER No. _____

# UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

CHAPTER 11.00

APPEAL?   ☐ Yes  ☒ No
APPEAL No. _____
(if known)

(File this form on the related case docket)

Ordering Party's Name: Khadijah Fields       Attorney Bar# _____
Law Firm: Latham & Watkins LLP
Mailing Address: 650 Town Center Drive, 20th Floor, Costa Mesa, CA 92626

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement**): Khadijah Fields
Telephone: (714) 755-8283       E-mail: khadijah.fields@lw.com
Bankruptcy Case #: 19-24804       Adversary Proceeding #/MP #: 2:20-ap-01022-VZ
Date of Hearing (**complete a SEPARATE form for EACH hearing date**): October 29, 2020  Time: 10:00 AM
Debtor: YUETING JIA
Adversary Proceeding Name: HONG LIU    vs. YUETING JIA
Hearing Judge: V. Zurzolo       Courtroom #: LA 1368
**TRANSCRIBER**: Ben Hyatt      **ALTERNATE**: Briggs Reporting
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM.** For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

| Transcript Type: | **NOTE:** The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form. **Copy of Existing Transcript:** Contact the transcriber directly for a copy. |
|---|---|
| ☐ Ordinary (30 days)  ☐ 3 Days   ☒ Entire Hearing | |
| ☐ 14 Days   ☒ Daily (24 hours)  ☐ Ruling/Opinion of Judge only | |
| ☐ 7 Days   ☐ Testimony of Witness _____ | |
|  ☐ Other* _____ (name of witness) | |

*Special Instructions: We would like this transcript as soon as possible.

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

### TO BE COMPLETED BY THE COURT
☐ **Judge Ordered Transcript\*\*:** Clerk must **docket this form**; CM/ECF will automatically notify Procurement.
Date Request Filed: _____ Date Sent to Transcriber: _____ By ☐ FDS ☐ Mail ☐ Messenger
Digital Recording (or Analog Tape Recording)
(Tape #:___)Time Start (Index #):_____Time End (Index #):_____Time Start:_____Time End:_____

(Tape #:___)Time Start (Index #):_____Time End (Index #):_____Time Start:_____Time End:_____

Court Recorder: _____ Division:_____ Processed by: _____

### **TRANSCRIBER INSTRUCTIONS
**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote *prior* to transcribing.

*Rev. November 2018. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*