**SMILEY WANG-EKVALL, LLP**
Lei Lei Wang Ekvall, State Bar No. 163047
*lekvall@swelawfirm.com*
Robert S. Marticello, State Bar No. 244256
*rmarticello@swelawfirm.com*
Michael L. Simon, State Bar No. 300822
*msimon@swelawfirm.com*
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:    714 445-1000
Facsimile:    714 445-1002

Attorneys for Defendant Yueting Jia

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>YUETING JIA,<br><br>     Debtor.<br><br>HONG LIU, an individual,<br><br>     Plaintiff,<br><br> v.<br><br>YUETING JIA, an individual; and DOES 1 through 20, inclusive,<br><br>     Defendant. | Case No. 2:19-bk-24804-VZ<br><br>Chapter 11<br><br>Adv No. 2:20-ap-01022-VZ<br><br>**STIPULATION TO MODIFY SCHEDULING ORDER AND EXTEND CERTAIN DEADLINES** |

**TO THE HONORABLE VINCENT P. ZURZOLO, UNITED STATES BANKRUPTCY JUDGE:**

  Defendant Yueting Jia ("Defendant") and plaintiff Hong Liu ("Plaintiff" and together with Defendant, the "Parties"), by and through their counsel, enter into this stipulation (the "Stipulation") pursuant to the foregoing recitals:

2863500.1                  1                 STIPULATION

## RECITALS

A. On November 24, 2020, the Court entered a scheduling order [Docket No. 59] (the "Scheduling Order") that set the following deadlines:

1. April 30, 2021, as the last day for discovery to be completed ("Discovery Cutoff"), including receiving responses to discovery requests;

2. June 15, 2021, as the last day for pre-trial motions to be heard ("Motion Cutoff"), excluding motions to exclude evidence and motions to approve a compromise;

3. June 30, 2021, as the last day to obtain an order permitting the joint of other parties and the amendment of any pleadings ("Joinder and Pleading Amendment Cutoff"); and

4. July 22, 2021, as the last day to file and serve a joint pre-trial stipulation ("Joint Pre-Trial Stipulation Deadline").

B. Following entry of the Scheduling Order, the Parties began the discovery process and engaged in settlement discussions, including exchanging settlement offers, over a period of multiple months. The Parties were unable to reach a settlement.

C. After settlement discussions proved unsuccessful, the Parties continued to move forward with discovery and discovery is underway. The Parties have met and conferred regarding objections served in response to discovery and are discussing the scheduling of certain depositions. The Parties entered into a stipulated protective order to facilitate the exchange of documents. The Defendant is also engaged in third party discovery and is attempting to resolve discovery disputes related thereto.

D. In order to allow for additional time to complete discovery and to work through discovery disputes with the hope of avoiding any unnecessary motions to compel, the Parties wish to extend the above deadlines and dates as set forth below.

## STIPULATION

Based on the foregoing recitals, Defendant and Plaintiff agree as follows:

1. The Discovery Cutoff shall be extended to June 30, 2021;

2. The Motion Cutoff shall be extended to August 15, 2021;

3. The Joinder and Pleading Amendment Cutoff shall be extended to August 31, 2021; and

4. The Joint Pre-Trial Stipulation Deadline shall be extended to September 23, 2021.

**IT IS SO STIPULATED.**

DATED: April 9, 2021            SMILEY WANG-EKVALL, LLP

By:    /s/ Robert S. Marticello
       Robert S. Marticello
       Attorneys for Yueting Jia

DATED: April 9, 2021            KRAFCHAK & LYNCH

By:    _____
       Stephanie L. Krafchak
       Attorneys for Hong Liu

2863500.1                            3                              STIPULATION

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**3200 Park Center Drive, Suite 250, Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **Stipulation to Modify Scheduling Order and Extend Certain Deadlines** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **4/9/2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   - **Lei Lei Wang Ekvall**   lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
   - **Robert S Marticello**   Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
   - **Benjamin Taylor**   btaylor@taylorlawfirmpc.com
   - **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov

   ☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

   ☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

   ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/9/2021 | Lynnette Garrett | */s/ Lynnette Garrett* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**