**SMILEY WANG-EKVALL, LLP**
Lei Lei Wang Ekvall, State Bar No. 163047
*lekvall@swelawfirm.com*
Robert S. Marticello, State Bar No. 244256
*rmarticello@swelawfirm.com*
Michael L. Simon, State Bar No. 300822
*msimon@swelawfirm.com*
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:    714 445-1000
Facsimile:    714 445-1002

Attorneys for Defendant Yueting Jia

FILED & ENTERED

APR 16 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY egarcia    DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA -- LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>YUETING JIA,<br><br>    Debtor.<br><br>HONG LIU, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>YUETING JIA, an individual; and DOES 1 through 20, inclusive,<br><br>    Defendant. | Case No. 2:19-bk-24804-VZ<br><br>Chapter 11<br><br>Adv No. 2:20-ap-01022-VZ<br><br>**ORDER APPROVING STIPULATION TO MODIFY SCHEDULING ORDER AND EXTEND CERTAIN DEADLINES**<br><br>**Current Pre-Trial Conference**<br>Date:    August 5, 2021<br>Time:    11:00 a.m.<br><br>**Continued Pre-Trial Conference**<br>Date:    October 7, 2021<br>Time:    11:00 a.m.<br>Place:    Courtroom 1368<br>  United States Bankruptcy Court<br>  Edward R. Roybal Federal Building<br>  255 E. Temple St., Los Angeles, CA 90012 |

The Court, having read and considered the *Stipulation to Modify Scheduling Order and Extend Certain Deadlines* filed as Docket No. 68 (the "Stipulation") between defendant Yueting Jia and plaintiff Hong Liu, and having found good cause:    **IT IS ORDERED**:

1.    The Stipulation is approved;

2.    The Discovery Cutoff[1] is extended to June 30, 2021;

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Stipulation.

1

3. The Motion Cutoff is extended to August 15, 2021;

4. The Joinder and Pleading Amendment Cutoff is extended to August 31, 2021;

5. The Joint Pre-Trial Stipulation Deadline is extended to September 23, 2021; and

6. **The continued Pre-trial Conference date is October 7, 2021 at 11:00 a.m.**

### 

Date: April 16, 2021

Vincent P. Zurzolo
United States Bankruptcy Judge

2