United States Bankruptcy Court

Central District of California

Liu,
    Plaintiff

Adv. Proc. No. 20-01022-VZ

Jia,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Apr 16, 2021 | Form ID: pdf031 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Hong Liu, Law Offices of Benjamin Taylor, 1880 Century Park East, Suite 714, Los Angeles Los Angeles, CA 90067-1618 |
| dft | + | Yueting Jia, 91 Marguerite Drive, Rancho Palos Verdes, CA 90275-4476 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Taylor | on behalf of Plaintiff Hong Liu btaylor@taylorlawfirmpc.com |
| Lei Lei Wang Ekvall | on behalf of Defendant Yueting Jia lekvall@swelawfirm.com<br>lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com |
| Robert S Marticello | on behalf of Defendant Yueting Jia Rmarticello@swelawfirm.com<br>gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 4

**SMILEY WANG-EKVALL, LLP**
Lei Lei Wang Ekvall, State Bar No. 163047
lekvall@swelawfirm.com
Robert S. Marticello, State Bar No. 244256
rmarticello@swelawfirm.com
Michael L. Simon, State Bar No. 300822
msimon@swelawfirm.com
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:    714 445-1000
Facsimile:    714 445-1002

Attorneys for Defendant Yueting Jia

**FILED & ENTERED**

**APR 16 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY egarcia    DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA -- LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>YUETING JIA,<br><br>                              Debtor.<br><br>HONG LIU, an individual,<br><br>                              Plaintiff,<br><br>        v.<br><br>YUETING JIA, an individual; and DOES 1 through 20, inclusive,<br><br>                              Defendant. | Case No. 2:19-bk-24804-VZ<br><br>Chapter 11<br><br>Adv No. 2:20-ap-01022-VZ<br><br>**ORDER APPROVING STIPULATION TO MODIFY SCHEDULING ORDER AND EXTEND CERTAIN DEADLINES**<br><br>**Current Pre-Trial Conference**<br>Date:        August 5, 2021<br>Time:        11:00 a.m.<br><br>**Continued Pre-Trial Conference**<br>Date:        October 7, 2021<br>Time:        11:00 a.m.<br>Place:       Courtroom 1368<br>  United States Bankruptcy Court<br>  Edward R. Roybal Federal  Building<br>  255 E. Temple St., Los Angeles, CA 90012 |

The Court, having read and considered the *Stipulation to Modify Scheduling Order and Extend Certain Deadlines* filed as Docket No. 68 (the "Stipulation") between defendant Yueting Jia and plaintiff Hong Liu, and having found good cause:    **IT IS ORDERED**:

1.    The Stipulation is approved;

2.    The Discovery Cutoff[1] is extended to June 30, 2021;

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Stipulation.

1

3. The Motion Cutoff is extended to August 15, 2021;

4. The Joinder and Pleading Amendment Cutoff is extended to August 31, 2021;

5. The Joint Pre-Trial Stipulation Deadline is extended to September 23, 2021; and

6. **The continued Pre-trial Conference date is October 7, 2021 at 11:00 a.m.**

###

Date: April 16, 2021

_____
Vincent P. Zurzolo
United States Bankruptcy Judge

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

2