| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Benjamin Taylor, SBN 240636<br>Law Offices of Benjamin Taylor<br>1880 Century Park East, Suite 714<br>Los Angeles, CA 90067<br>Tel.: (310) 201-7600<br>Fax: (310) 201-7601<br>btaylor@taylorlawfirmpc.com<br><br><br>*Attorney for:* Plaintiff HONG LIU | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION** ▼

| In re:<br>Yueting Jia<br><br><br><br>Debtor(s).<br>Hong Liu, an individual<br><br><br><br>Plaintiff(s),<br>vs.<br>Yueting Jia, an individual, and DOES 1 through 20, inclusive<br><br><br>Defendant(s). | CASE NO.: 2:19-bk-24804<br>ADVERSARY NO.: 2:20-ap-01022-VZ<br>(*if applicable*)<br>CHAPTER: 11 ▼<br><br><br><br>**SUBSTITUTION OF ATTORNEY**<br>**[LBR 2091-1(b)]** |
|---|---|

1. The name(s) of the party(ies) making this Substitution of Attorney *(specify)*:
   Hong Liu

2. The name, address, telephone number, and email address of the new attorney are *(specify)*:
   Stephanie L. Krafchak
   KRAFCHAK & LYNCH
   2029 Century Park East, Ste. 1040
   Los Angeles, California 90067
   Office: 310.772.0034    skrafchak@mac.com

3. New attorney hereby appears in the following matters:    ☒ the bankruptcy case    ☒ the adversary proceeding

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2014*                                   Page 1                                   F 2091-1.SUBSTITUTION.ATTY

4.  The new attorney is substituted as attorney of record in place instead of the present attorney. *(Specify name of present attorney)*:
    Benjamin Taylor

Date: 04/09/2021

*[Signature]*

Signature of party

Hong Liu
Printed name of party

Signature of *second* party (if applicable)

Printed name of *second* party (if applicable)

Signature of *third* party (if applicable)

Signature of *fourth* party (if applicable)

Printed name of *third* party (if applicable)

Printed name of *fourth* party (if applicable)

I consent to the above substitution.

Date: 04/09/2021

*[Signature]*

Signature of present attorney

Benjamin Taylor
Printed name of present attorney

I am duly admitted to practice in this district. The above substitution is accepted.

Date: 04/09/2021

*[Signature]*

Signature of new attorney

Stephanie L. Krafchak
Printed name of new attorney

**IMPORTANT NOTICE**

Filing of this Substitution of Attorney form does not replace the need to be employed pursuant to the Bankruptcy Code. See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled: **SUBSTITUTION OF ATTORNEY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 04/22/2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Lei Lei Wang Ekvall    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Robert S Marticello    Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Benjamin Taylor    btaylor@taylorlawfirmpc.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 04/22/2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Vincent P. Zurzolo
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Ste. 1360/Courtroom 1360
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/22/21 | Stephanie L Krafchak | /s/ Stephanie L Krafchak |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014                                Page 3                                F 2091-1.SUBSTITUTION.ATTY