| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Stephanie L. Krafchak (SB 113865) *skrafchak@mac.com* KRAFCHAK & LYNCH 2029 Century Part East, Ste. 1040 Los Angeles, CA 90067 Tel. 310.772.0034 Fax 310.772.0121<br><br>Attorneys for Plaintiff, Hong Liu. | |
| ☐ *Individual appearing without attorney*<br>X *Attorney for Plaintiff, Henry Liu* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA – *LOS ANGELES* DIVISION

| | |
|---|---|
| In re:<br><br>YUETING JIA,<br><br>Debtor(s). | CASE NO.: 2:19-BK-24804-VZ<br>CHAPTER: 11<br>ADVERSARY NO.: 2:20-AP-01022-VZ |
| HONG LIU, an individual,<br>Plaintiff(s),<br>vs.<br>YUETING JIA, an individual; and DOES 1 Through 20, inclusive,<br>Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:** *(title of motion[1])*: STIPULATION TO DISMISS ADVERSARY PROCEEDING WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a) |

PLEASE TAKE NOTE that the order or judgment titled <u>ORDER APPROVING STIPULATION TO DISMISS ADVERSARY PROCEEDING WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)</u> was lodged on *(date)* <u>July 9, 2021</u> and is attached. This order relates to the motion which is docket number <u>85</u>.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012 | Page 1 | F 9021-1.2.ADV.NOTICE.LODGMENT

Stephanie L. Krafchak (SB 113865)
skrafchak@mac.com
KRAFCHAK & LYNCH
2029 Century Part East, Ste. 1040
Los Angeles, CA 90067
Tel. 310.772.0034
Fax 310.772.0121

Attorneys for Plaintiff, Hong Liu.

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>YUETING JIA,<br><br>　　　　　　　Debtor. | Case No. 2:19-bk-24804-VZ<br><br>Chapter 11<br><br>Adv No. 2:20-ap-01022-VZ |
| HONG LIU, an individual,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>YUETING JIA, an individual; and DOES 1 through 20, inclusive,<br><br>　　　　　　　Defendant. | **ORDER APPROVING STIPULATION TO DISMISS ADVERSARY PROCEEDING WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)**<br><br>**[No Hearing Required]** |

The Court having reviewed the *Stipulation to Dismiss Adversary Proceeding with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)* [Docket No. 85] (the "Stipulation"), and good cause appearing,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Stipulation is approved;

ORDER APPROVING STIPULATION TO DISMISS ADVERSARY PROCEEDING

1

2. All claims in the above-captioned adversary proceeding are dismissed in their entirety with prejudice; and

3. Each party shall bear his own attorney's fees and costs.

###

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2029 Century Park East, Ste. 1040
Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) July 9, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Lei Lei Wang Ekvall    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Stephanie L Krafchak    krafchak.stephanie1@gmail.com, krafchak.stephanie1@gmail.com
- Robert S Marticello    Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) July 9, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Vincent P. Zurzolo
United States Bankruptcy Court
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Ste. 1360/ Courtroom 1368
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 9, 2021 | Stephanie L. Krafchak | /s/ Stephanie L. Krafchak |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 2                        F 9021-1.2.ADV.NOTICE.LODGMENT